IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15cr68DPJ-LRA

DAVIAN WILSON a/k/a Chaba,   18 U.S.C. § 1111 (2nd Degree)
JAMES BELL, JR., and
TOMMY COTTON, III

**The Grand Jury charges:**

On or about August 15, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian County, the defendants, **DAVIAN WILSON a/k/a/ Chaba**, a Choctaw Indian, **JAMES BELL, JR.**, a Choctaw Indian, **and TOMMY COTTON, III**, a Choctaw Indian, aided and abetted by each other, with malice aforethought did unlawfully kill J.J, a Choctaw Indian, by stabbing him with a knife, in violation of Sections 1153, 2 and 1111 (2nd Degree), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _18th_ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE